IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LIBERTY MUTUAL PERSONAL
INSURANCE COMPANY                          :              CIVIL ACTION
                                           :
                                           :
        v.                                 :
                                           :
                                           :
ENERCO GROUP, INC.                         :              NO. 24-2921


## O R D E R

**AND NOW,** this 7th day of March, 2025, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

George Wylesol
Clerk of Court



By:  Richard C. Thieme
*Deputy Clerk to Judge Gail A. Weilheimer*

Civ. 2 41.1(b) (6/23)